STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOSEPH DALONGES, DEFENDANT-APPELLANT.

Submitted October 16, 1973—Decided October 16, 1973.

*Mr. Edward P. Hannigan,* Assistant Deputy Public Defender filed brief on behalf of defendant-appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney.)

*Mr. Edwin H. Stern,* First Assistant Prosecutor for State of New Jersey, filed brief on behalf of plaintiff-respondent (*Mr. Geoffrey Gaulkin,* Hudson County Prosecutor, attorney.)

*Mr. G. Robert Wills,* Deputy Attorney General, filed letter memo on behalf of Department of Law & Public Safety (*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney.)

PER CURIAM. A petition for certification having been submitted to this Court, and the Court having considered the same,

It is hereupon ORDERED that the petition for certification is granted, the judgment of dismissal is reversed and the matter is remanded to the Appellate Division for disposition on the merits.

*For reversal*—Justices JACOBS, HALL, SULLIVAN, PASHMAN and CLIFFORD—5.

*For affirmance*—None.